# MEMORANDUM DECISIONS

ABEL v. NATIONAL RESERVE BANK. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Louis Abel against the National Reserve Bank. No opinion. Motion granted, with $10 costs. Order filed. See, also, 149 App. Div. 710, 134 N. Y. Supp. 379.

ADAMS et al., Appellants, v. MEAD et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by George R. Adams and another, as executors, etc., of Emma E. Adams, deceased, against Charles W. Mead and others. No opinion. Judgment and order unanimously affirmed, with costs of appeal from judgment.

ADAMS LAUNDRY MACHINERY CO., Appellant, v. PRUNIER, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by the Adams Laundry Machinery Company against Joseph H. Prunier.

PER CURIAM. Judgment (74 Misc. Rep. 529, 134 N. Y. Supp. 475) and orders affirmed, with costs.

HOUGHTON, J., dissents as to the addition of interest to the verdict.

AHLERS, Respondent, v. BROEDERMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Simon Ahlers against Alfred Broederman. E. T. Rice, of New York City, for appellant. E. Hasbrouck, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

AHR, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by Charles Ahr, as administrator, etc., against the International Railway Company and another. No opinion. Judgment and order affirmed, with costs.

ALASKA BANKING & SAFE DEPOSIT CO., Respondent, v. CHILDS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the Alaska Banking & Safe Deposit Company against James E. Childs and others. G. W. Schurman, of New York City, for appellants. H. S. Marshall, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ALDRUDO, Appellant, v. A. E. KLOTZ FIREPROOFING CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Pasquale Aldrudo against the A. E. Klotz Fireproofing Company. No opinion. Judgment and order unanimously affirmed, with costs.

ALLEN v. FRIEDLAND REALTY CO. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Lewis W. Allen against the Friedland Realty Company. No opinion. Application denied, with $10 costs. Order signed.

ALLEN, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Timothy F. Allen against Alfred E. Smith and others, composing the Board of Trustees of the Village of Bronxville. No opinion. Motion for leave to appeal to the Court of Appeals granted.

ALTHAUSE v. GIROUX CONSOL. MINES CO. (three cases). SAME v. GIROUX (three cases). (Supreme Court, Appellate Division, First Department. December 13, 1912.) Actions by Walter Althause against the Giroux Consolidated Mines Company and against Guy E. Giroux. No opinions. Motions denied, with $10 costs of one motion. Orders filed. See, also, 137 N. Y. Supp. 1109.

ALTSCHUL, Respondent, v. SUTTON, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Julius Altschul against McWalter B. Sutton. No opinion. Motion denied, with $10 costs.

AMERICAN TAXIMETER CO., Appellant, v. HEFFERON et al., Respondents. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by the American Taximeter Company against John Hefferon and others. S. Bacon, of New York City, for appellant. J. A. Cantor, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AMPERSAND HOTEL CO., Respondent, v. CONNECTICUT FIRE INS. CO., Appellant, et al. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by the Ampersand Hotel Company against the Connecticut Fire Insurance Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

138 N.Y.S.—70